IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cv-13207 |
| | ) | |
| Plaintiff, | ) | Judge Robert H. Cleland |
| | ) | |
| v. | ) | Magistrate Judge R. Steven Whalen |
| | ) | |
| NELSON A. SULLIVAN, | ) | |
| ELIZABETH SULLIVAN, | ) | |
| CALIBER HOME LOANS, INC., | ) | |
| STATE OF MICHIGAN, | ) | |
| PNC BANK, N.A., | ) | |
| GREENSTONE FARM CREDIT SERVICES, FLCA, | ) | |
| OAKLAND COUNTY, | ) | |
| STEVE J. OROW, RONNIE J. OROW, and REBA J. SULLIVAN, as trustee of Jerome and Reba Sullivan Trust | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

Upon reviewing Plaintiff United States' Motion for Alternative Service as to Defendants Nelson and Elizabeth Sullivan, it is HEREBY ORDERED:

1. The United States' Motion for Alternative Service as to Defendants Nelson and Elizabeth Sullivan is GRANTED.

2. The United States can serve Defendants Nelson and Elizabeth Sullivan by posting the summonses and a copy of the complaint on the door to the defendants' residence at 6693 Langtoft St., West Bloomfield, Michigan and

1

14545662.1

by mailing these documents to the same address via U.S. Mail with USPS Tracking/Delivery Confirmation.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 3, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 3, 2016, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

2

14545662.1